MABEL E. McLEAN, Appellant, *v.* WILLIAM McKINLEY, Respondent.

Argued October 21, 1954; decided December 3, 1954.

*Jacob Bachkoff* and *Edgar P. Feeley* for appellant.
*Harold V. McCoy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: DESMOND, DYE, FULD and VAN VOORHIS, JJ. LEWIS, Ch. J., CONWAY and FROESSEL, JJ., dissent and vote to reverse the judgment of the Appellate Division and to affirm the judgment of the Trial Term, with costs in the Appellate Division and in this court, upon the ground that the findings of the Trial Term are in accord with the weight of the evidence.